

WARSHAW
BURSTEIN

Warshaw Burstein, LLP                                          Matthew A. Marcucci
575 Lexington Avenue                                          Counsel
New York, NY 10022                                           (212) 984-7715
(212) 984-7700                                               mmarcucci@wbny.com

August 4, 2025

**By ECF**

Hon. Kenneth M. Karas
United States District Judge
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

### Re: *Chartwell RX, LLC v. Mayne Pharma Commercial, LLC*, 7:25-cv-04140-KMK

Dear Judge Karas:

On behalf of plaintiff Chartwell RX, LLC, we submit this letter motion under Rule I(C) of the Court's Individual Rules of Practice to request a one-week adjournment of Chartwell's deadline to respond to the pre-motion letter submitted by defendant Mayne Pharma Commercial, LLC on August 1, 2025 (ECF 19). Under Rule II(A) of the Court's Rules, Chartwell's deadline to respond to defendant's letter is August 8, 2025. Chartwell requests an adjournment of that deadline to August 15, 2025. This is Chartwell's first request, and defendant confirmed by email earlier today that it consents to this adjournment.

As always, we thank the Court for its time and attention.

Granted.

So Ordered

8/5/25

Respectfully submitted,
/s/
Matthew A. Marcucci

{1806070.1}