UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Chartwell RX, LLC,

                          Plaintiff,                          25-CV-04140 (KMK)


            -v-
                                                              CALENDAR NOTICE

Mayne Pharma Commercial LLC, et al.,

                          Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Wednesday, March 18, 2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066


Dated: February 26, 2026
       White Plains, New York


                                        So Ordered

                                        _____
                                        Kenneth M. Karas, U.S.D.J.